

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-17-00024-CR

---

JAMES DAVID HAYNES, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 14F0359-005

---

Per Curiam

# O R D E R

The clerk's record in this appeal was filed on March 3, 2017, the reporter's record was filed on May 4, and the appellant's brief was originally due June 7, 2017. This Court extended the briefing deadline twice on the motions of Haynes' appellate counsel, resulting in the most recent due date of July 28, 2017. We informed counsel when we granted his second motion to extend that further extensions would not be granted absent extraordinary circumstances. Haynes' counsel has now filed a third motion seeking an additional extension of the briefing deadline.

We have reviewed counsel's third motion to extend time and find a dearth of extraordinary circumstances that would warrant an additional extension of the filing deadline. We have also reviewed the case file and record on appeal. We have been provided with no compelling information to convince us that this brief requires more time to prepare.

The motion to extend time to file Haynes' appellate brief is denied. We hereby order counsel to file Haynes' brief with this Court on or before August 18, 2017.

IT IS SO ORDERED.

BY THE COURT

Date: August 1, 2017